**Order filed, September 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00866-CV
_____

**GRACIE MCBROOM, Appellant**

**V.**

**WAYNE DICKERSON, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-12625**

---

## ORDER

The reporter's record in this case was due **September 21, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delicia Struss**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM